IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ENECON LOPEZ GOMEZ, )
 )
Petitioner, )
 )
v. )
 ) 1:25-cv-02507 (AJT/WEF)
PAMELA BONDI, *et al.*, )
 )
Respondents. )

## <u>ORDER</u>

Before the Court is Petitioner Enecon Lopez Gomez's Motion for Order to Show Cause as to why Respondents should not be held in contempt of court for continuing to unlawfully detain Petitioner following the Court's January 15, 2026 order to conduct a bond hearing before an immigration judge within seven days of the date of the order and to file a status report within three days of the bond hearing, [Doc. No. 10], (the "Motion").

On January 23, 2026, pursuant to the Court's Order, [Doc. No. 8], Respondents informed the Court that Petitioner had been ordered released by an Immigration Judge. [Doc. No. 9]. On January 27, 2026, Petitioner filed the present Motion, submitting that Petitioner remained in detention despite his family's posting of the $12,000 bond the Immigration Judge granted. On January 29, 2026, in response to a Court order, Respondents notified the Court that Petitioner's delayed release was due to a paperwork issue that had, since the filing of the Motion, been resolved, and that Petitioner was released on January 27, 2026, at 8:52 p.m. [Doc. No. 12].

A party seeking to hold another in civil contempt must show, by clear and convincing evidence, "(1) the existence of a valid court order; (2) the order was in the moving party's favor; (3) a knowing violation of the terms of the order; and (4) the moving party suffered harm from the violation." *CFPB v. Klopp*, 957 F.3d 454, 461 (4th Cir. 2020). Having reviewed the Motion, the

memoranda in support thereof, Respondents' opposition thereto, [Doc. No. 12], and the underlying factual record, the Court finds that Petitioner has not has met his burden for the requested relief. For these reasons, it is hereby

**ORDERED** that the Motion, be, and the same hereby, is DENIED.

Alexandria, Virginia
January 29, 2026

_____
Anthony J. Trenga
United States District Judge